UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARABINO, | No. 2:04-cv-02359-MCE-EFB |
| Plaintiff, | |
| v. | **NON RELATED CASE ORDER** |
| DAN GAMEL, INC., et al., | |
| Defendants. | |
| ROBERT BARABINO, | No. 2:09-cv-00086-GEB-KJM |
| Plaintiff, | |
| v. | |
| CITIZENS AUTOMOBILE FINANCE, INC., et al., | |
| Defendants. | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed January 12, 2009. See Local Rule 83-123, E.D. Cal. (1997). The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

1 | This order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this court.
4 |     IT IS SO ORDERED.

Dated: January 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE