IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARABINO,<br><br>        Plaintiff,<br><br>    v.<br><br>FLEETWOOD MOTOR HOMES OF PENNSYLVANIA, FLEETWOOD ENTERPRISES, INC.,<br><br>        Defendants. | No. 2:04-cv-02359-MCE-EFB<br><br>ORDER RE NOTICE OF RELATED CASE DOCUMENT |
| ROBERT BARABINO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIZEN AUTOMOBILE FINANCE, INC., a corporation, JPMORGAN CHASE BANK, a corporation; and DOES ONE through TWENTY,<br><br>        Defendants. | No. 2:09-cv-00086-GEB-KJM |
| ROBERT BARABINO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIZENS AUTOMOBILE FINANCE, INC., a corporation; JP MORGAN CHASE BANK, a corporation; WESTERN SURETY COMPANY, a corporation; and DOES ONE through TWENTY,<br><br>        Defendants. | No. 2:10-cv-00035-MCE-EFB |

       The Notice of Related Case document filed January 6, 2010, fails to mention the earliest filed case entitled Barbino v. Fleetwood

1 | Motor Homes of Pennsylvania, et al., 2:04-cv-02359-MCE-EFB, as
2 | required by Local Rule 123.  An order filed August 12, 2009 closed
3 | action 2:09-cv-00086-GEB-KJM, and action 2:10-cv-00035-MCE-EFB is
4 | already assigned to the judges assigned the earliest filed case.
5 | Dated: January 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge